# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PGM OF TEXAS, LLC,<br><br>　　　　Movant,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:23-cv-00717-APG-DJA<br><br>**ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the government's response to movant's emergency motion to return seized property (ECF No. 1) currently due on Friday, May 19, 2023, be vacated and continued to Wednesday, May 24, 2023, with movant's corresponding reply due on Wednesday, May 31, 2023.

DATED this 15th day of May, 2023

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE