PETER S. CHRISTIANSEN, ESQ. (#5254)
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ. (#9611)
kworks@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992

*Attorneys for PGM OF TEXAS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PGM OF TEXAS, LLC, | Case No. 2:23-cv-00717-APG-DJA |
| Movant, | |
| v. | **JOINT STIPULATION TO CONTINUE PGM OF TEXAS, LLC'S, REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Peter S. Christiansen, Esq. and Kendelee L. Works, Esq., of Christiansen Trial Lawyers, counsel for PGM OF TEXAS, LLC, and Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, that PGM's deadline to file its Reply to the Government's Response to PGM's Emergency Motion for Return of Seized Property (ECF No. 1) currently due on Wednesday, May 31, 2023, be continued to Thursday, June 1, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /





This stipulation is entered into for the following reasons:

1. Movant needs an additional day to respond to Government's reply, due to the Memorial Day holiday and time constraints associated with other scheduling matters and family commitments.

2. Both Parties agree good cause exists for the requested extension, which is brought in good faith and not for the purpose of delay.

3. This is the first request for continuance of the Movant's current reply deadline (the reply deadline was previously extended due to the government's opposition deadline being extended two additional days).

DATED this 31st day of May, 2023.

Respectfully submitted:

CHRISTIANSEN TRIAL LAWYERS          UNITED STATES ATTORNEY'S OFFICE

/s/ *Peter S. Christiansen*                      /s/ *Edward G. Veronda*
_____     _____
PETER S. CHRISTIANSEN, ESQ.            JASON M. FRIERSON
KENDELEE L. WORKS, ESQ.                United States Attorney
Attorneys for Movant                          EDWARD G. VERONDA
PGM OF TEXAS, LLC                          Assistant United States Attorney

1  PETER S. CHRISTIANSEN, ESQ. (#5254)
   pete@christiansenlaw.com
2  KENDELEE L. WORKS, ESQ. (#9611)
   kworks@christiansenlaw.com
3  CHRISTIANSEN TRIAL LAWYERS
   710 S. 7th Street, Suite B
4  Las Vegas, Nevada 89101
   Telephone:    (702) 240-7979
5  Facsimile:    (866) 412-6992

6  *Attorneys for PGM OF TEXAS, LLC*

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9  PGM OF TEXAS, LLC,                    Case No. 2:23-cv-00717-APG-DJA

10 Movant,

11 v.                                    **ORDER**

12 UNITED STATES OF AMERICA,

13 Defendant.

14

15        Based on the stipulation of counsel, good cause appearing, and the best interests of justice
16 being served:
17 IT IS HEREBY ORDERED that PGM's deadline to file its Reply to the Government's Response
18 to PGM's Emergency Motion for Return of Seized Property (ECF No. 1), currently due on
19 Wednesday, May 31, 2023, be continued to Thursday, June 1, 2023.
20        DATED this 1st day of June 2023.

21
22
23 _____
   DANIEL J. ALBREGTS
24 UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                  3