# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PGM OF TEXAS, LLC, | Case No.: 2:23-cv-00717-APG-DJA |
| Movant | **Order Closing Case** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent | |

Based on the movant's notice that the government has returned the seized property, and there being nothing further for the court to do in this matter,

I HEREBY ORDER that this matter is dismissed without prejudice to either party pursuing any other remedies that may be available under the law. The clerk of court is directed to close this case.

DATED this 24th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE